# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

MICHAEL JAMES SUTTLES, )
 )
     Plaintiff, )
 )
v. ) No. 4:10CV249 JCH
 )
ST. CHARLES COUNTY JAIL, et al., )
 )
     Defendants. )

## MEMORANDUM AND ORDER

This matter is before the Court upon the motion of Michael Suttles for leave to commence this action without prepayment of the filing fee pursuant to 28 U.S.C. § 1915. Upon consideration of the financial information provided with the motion, the Court finds that plaintiff is financially unable to pay any portion of the filing fee. As a result, plaintiff will be granted leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.[1] Additionally, the Court has reviewed the complaint and will dismiss it pursuant to 28 U.S.C. § 1915(e)(2)(B).

## 28 U.S.C. § 1915(e)

Pursuant to 28 U.S.C. § 1915(e)(2)(B), the Court must dismiss a complaint filed in forma pauperis if the action is frivolous, malicious, fails to state a claim upon which

---

[1]Normally, prisoners must pay an initial partial filing fee under 28 U.S.C. § 1915(b). However, plaintiff has no funds to pay an initial partial filing fee.

relief can be granted, or seeks monetary relief from a defendant who is immune from such relief. An action is frivolous if it "lacks an arguable basis in either law or fact." Neitzke v. Williams, 490 U.S. 319, 328 (1989); Denton v. Hernandez, 112 S. Ct. 1728, 1733 (1992). An action is malicious if it is undertaken for the purpose of harassing the named defendants and not for the purpose of vindicating a cognizable right. Spencer v. Rhodes, 656 F. Supp. 458, 461-63 (E.D.N.C. 1987), aff'd 826 F.2d 1059 (4th Cir. 1987). A complaint fails to state a claim if it does not plead "enough facts to state a claim to relief that is plausible on its face." Bell Atlantic Corp. v. Twombly, 127 S. Ct. 1955, 1974 (2007).

## The Complaint

Plaintiff brings this action for monetary relief under 42 U.S.C. § 1983. Named as defendants are the St. Charles County Jail (the "Jail") and the St. Charles County Department of Corrections.

Plaintiff alleges that on January 25, 2007, he was sexually assaulted by another prisoner while incarcerated at the Jail. Plaintiff further alleges that the shower in the facility has black mold in it and is not cleaned regularly. Plaintiff further alleges that he was compelled to go to church.

## Discussion

Plaintiff's claim against defendants is legally frivolous because defendants are not suable entities. Ketchum v. City of West Memphis, Ark., 974 F.2d 81, 81 (8th Cir. 1992) (departments or subdivisions of local government are "not juridical entities suable as such."); Catlett v. Jefferson County, 299 F. Supp. 2d 967, 968-69 (E.D. Mo. 2004) (same).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis [Doc. #2] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall not issue process or cause process to issue upon the complaint because the complaint is legally frivolous or fails to state a claim upon which relief can be granted, or both.

An Order of Dismissal will accompany this Memorandum and Order.

Dated this 22nd day of February, 2010.


/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE